# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156528

GARY R. HUND,
　　　　　Plaintiff-Appellee,

v

NATALIE T. HUND,
　　　　　Defendant-Appellant.

SC: 156528
COA: 334313
Livingston CC Family Division:
12-047005-DM

_____/

　　　　On order of the Court, the application for leave to appeal the July 6, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0117

　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2018



Clerk